**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6595 |
| Dr. Earl Jann and Carol Isacson | |
| v. | |
| Matthew D. Sample, J. David Cross, and | |
| Sample & Cross Capital Management, LLC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Matthew D. Sample, J. David Cross, and Sample & Cross Capital Management, LLC

| | |
|---|---|
| NAME (Type or print) | |
| Amy Halbrook | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Amy Halbrook | |
| FIRM | |
| Vedder Price P.C. | |
| STREET ADDRESS | |
| 222 N. LaSalle, Suite 2600 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6288206 | 312-609-7757 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐