**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6595 |

Dr. Earl Jann and Carol Isacson
v.
Matthew D. Sample, J. David Cross, and
Sample & Cross Capital Management, LLC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Matthew D. Sample, J. David Cross, and Sample & Cross Capital Management, LLC

| | |
|---|---|
| **NAME** (Type or print) | |
| Matthew P. Larvick | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Matthew P. Larvick | |
| **FIRM** | |
| Vedder Price P.C. | |
| **STREET ADDRESS** | |
| 222 N. LaSalle, Suite 2600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 6225419 | 312-609-7970 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |