**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. EARL JANN AND CAROL ISACSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-CV-6595 |
| | ) | |
| MATTHEW D. SAMPLE, J. DAVID CROSS, and SAMPLE & CROSS CAPITAL MANAGEMENT, LLC, | ) ) ) | Honorable Ronald Guzman |
| | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

On January 18, 2007, caused a copy of the attached **Joint Rule 26 (F) Discovery Plan** to be hand-delivered to Carole Gainer, Courtroom Deputy for Judge Ronald Guzman, Room 1218, Dirksen Building, Chicago, Illinois, and electronically filed with the Clerk of the United States District Court, the Northern District of Illinois Eastern Division using the CM/ECF system which will send notification of such filing to the following:

David E. Bennett, Esq.
Matthew P. Larvick, Esq.
Rebecca L. Ptaszynski, Esq.
Amy Halbrook, Esq.
Vedder Price P.C.
222 N. LaSalle
Chicago, IL 60601
(312) 609-7714 Direct Dial
(312) 609-5005 Fax

                                                                                       S/Mitch Katten
                                                                                       One of Plaintiffs' attorneys

Mitchell B. Katten
Joshua R. Diller
O'Rourke Katten & Moody
161 N. Clark Street, Suite 2230
Chicago, Illinois 60601
Tel:   (312) 849-2020
Fax:  (312) 849-2021
mkatten@okmlaw.com