UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Earl Jann, et al.
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06595
                                              Honorable Ronald A. Guzman

Matthew D Sample, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 24, 2008:

   MINUTE entry before Judge Ronald A. Guzman :Status hearing held on
1/24/2008. Enter discovery schedule: Amended pleadings and joinder of parties due by
3/24/2008. Fact discovery ordered closed by 7/27/2008. Plaintiffs' expert designations by
8/6/08. Defendants' expert designations by 9/8/08. All discovery closes 9/23/08.
Dispositive motions due by 10/15/2008. Status hearing set for 8/6/2008 at 09:30
AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.