**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. EARL JANN AND CAROL ISACSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-CV-6595 |
| | ) | |
| MATTHEW D. SAMPLE, J. DAVID CROSS, and SAMPLE & CROSS CAPITAL MANAGEMENT, LLC, | ) ) ) | Honorable Judge Ronald A. Guzman |
| | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on **April 8, 2008 at 9:30 a.m**., we shall appear before the Honorable Judge Ronald A. Guzman and present Plaintiffs' Motion for Enlargement of Time to Amend Their Pleadings which was filed with the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 using the CM/ECF system.

    Respectfully submitted,

    EARL JANN and CAROL ISACSON,

    /s/ Joshua R. Diller_____
    One of their Attorneys

Mitchell B. Katten
Joshua R. Diller
O'Rourke Katten & Moody
161 N. Clark Street, Suite 2230
Chicago, Illinois 60601
(312) 849-2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the below listed Attorneys of record:

        David E. Bennett, Esq.
        Matthew P. Larvick, Esq.
        Rebecca L. Ptaszynski, Esq.
        Amy Halbrook, Esq.
        VEDDER PRICE P.C.
        222 N. LaSalle
        Chicago, IL 60601
        (312) 609-7714 Direct Dial
        (312) 609-5005 Fax


                        /s/ Joshua R. Diller_____