UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Earl Jann, et al.
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06595
                                                Honorable Ronald A. Guzman

Matthew D Sample, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/8/2008. Motion by Plaintiffs Earl Jann, Carol Isacson for extension of time to amend Pleadings [15] is granted as stated in open court. Amendment and joinder of parties extended to 5/15/08. All other deadlines remain the same. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.