**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. EARL JANN AND CAROL ISACSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-CV-6595 |
| | ) | |
| MATTHEW D. SAMPLE, J. DAVID CROSS, and SAMPLE & CROSS CAPITAL MANAGEMENT, LLC, | ) ) ) | Honorable Judge Ronald A. Guzman |
| | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on **May 22, 2008 at 9:30 a.m**., we shall appear before the Honorable Judge Ronald A. Guzman and present Plaintiffs' Motion to file their Amended Complaint Instanter which was filed with the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 using the CM/ECF system.

      Respectfully submitted,

      EARL JANN and CAROL ISACSON,

      /s/ Mitchell B. Katten
      One of their Attorneys

Mitchell B. Katten
Katten & Temple, LLP
542 S. Dearborn, Suite 1310
Chicago, Illinois 60605
(312) 663-0800

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the below listed Attorneys of record:

>David E. Bennett, Esq.
>Matthew P. Larvick, Esq.
>Rebecca L. Ptaszynski, Esq.
>Amy Halbrook, Esq.
>VEDDER PRICE P.C.
>222 N. LaSalle
>Chicago, IL 60601
>(312) 609-7714 Direct Dial
>(312) 609-5005 Fax

                                /s/ Mitchell Katten____