**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Earl Jann, et al.
                           Plaintiff,

v.                                                  Case No.: 1:07–cv–06595
                                                              Honorable Ronald A. Guzman

Matthew D Sample, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 5/22/2008. Motion by Plaintiffs Earl Jann, Carol Isacson to amend/correct Complaint [18] is granted. Defendants to answer amended complaint on or before 6/12/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.