

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov



FILED
JUL 15 2008
Jul 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

**NAME:** Amy Halbrook

**FIRM:** Civitas ChildLaw Clinic, Loyola University School of Law

**STREET ADDRESS:** 25 E. Pearson St.

**CITY/STATE/ZIP:** Chicago, IL 60611

**PHONE NUMBER:** 312-915-7120

**E-MAIL ADDRESS:** halbrookamy@hotmail.com

**ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):** 6288206

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

07cv6595

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 CV 6595 | Jann v. Sample + Cross | J. Guzman |
| 06 CV 6329 | Meyer Intellectual Properties v. Bodum, Inc. | J. Shadur |
|  |  |  |
|  |  |  |
|  |  |  |

_____    7/10/08
Attorney's Signature                Date