**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. EARL JANN AND CAROL ISACSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-CV-6595 |
| | ) | |
| MATTHEW D. SAMPLE, J. DAVID | ) | Honorable Judge Ronald A. Guzman |
| CROSS, and SAMPLE & CROSS CAPITAL | ) | |
| MANAGEMENT, LLC, | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:     See attached Certificate of Service

　　　**PLEASE TAKE NOTICE** that on **July 31, 2008 at 9:30 a.m**., we shall appear before the Honorable Judge Ronald A. Guzman and present **Plaintiffs' Motion for Enlargement of Time to Complete Fact Discovery** which was filed with the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 using the CM/ECF system.

　　　　　　　　Respectfully submitted,

　　　　　　　　EARL JANN and CAROL ISACSON,

　　　　　　　　 /s/ Mitchell B. Katten__
　　　　　　　　One of their Attorneys

Mitchell B. Katten
Joshua R. Diller
Katten & Temple LLP
542 S. Dearborn Street, Suite 1310
Chicago, Illinois 60605
(312) 663-0800

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the below listed Attorneys of record:

> David E. Bennett, Esq.
> Matthew P. Larvick, Esq.
> Rebecca L. Ptaszynski, Esq.
> Amy Halbrook, Esq.
> VEDDER PRICE P.C.
> 222 N. LaSalle
> Chicago, IL 60601
> (312) 609-7714 Direct Dial
> (312) 609-5005 Fax

/s/ Mitchell B. Katten_____