IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. EARL JANN and CAROL ISACSON,<br><br>       Plaintiffs,<br><br>v.<br><br>MATTHEW D. SAMPLE, J. DAVID CROSS and SAMPLE & CROSS CAPITAL MANAGEMENT LLC,<br><br>       Defendants. | Civil No. 07 CV 6595<br><br>Judge Ronald Guzman<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

To:    See Attached Certificate of Service

   PLEASE TAKE NOTICE that on Thursday, August 7, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman and present defendants' **Motion to Compel and Memorandum in Support of Motion to Compel**, which was filed with the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois using the CM/ECF system.

                                Respectfully submitted,

                                MATTHEW D. SAMPLE, J. DAVID CROSS
                                AND SAMPLE & CROSS CAPITAL
                                MANAGEMENT, LLC


                                By:  s/ David E. Bennett
                                      One of Their Attorneys

David E. Bennet, Esq.
Rebecca L. Ptaszynski, Esq.
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois  60601-1003
(312) 609-7500
Dated:  August 4, 2008

CHICAGO/#1823705.1

## CERTIFICATE OF SERVICE

I, David E. Bennett, hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the below listed attorneys of record:

Mitchell B. Katten
Katten & Temple, LLP
542 South Dearborn, Suite 1310
Chicago, IL 60605

    s/ David E. Bennett